IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KAREEM MUHAMMAD,
a/k/a Alfonza Adams,

      Plaintiff,

v.                                   CIVIL ACTION NO. 1:05CV6
                                      (Judge Keeley)

DOCTOR DORIS WILLIAMS, et al.,

      Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 12, 2005, pro se plaintiff Kareem Muhammad, an inmate at FCI Gilmer, filed a complaint against Dr. Doris Williams, K.J. Wendt, and "Medical Staff of Unknowns" pursuant to Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). On March 4, 2005, Muhammad submitted an addendum complaint that asserted claims against K.M. White, Regional Director of the Bureau of Prisons, and Harrell Watts, Inmate National Appeals Administrator. The Court referred this and other matters to United States Magistrate Judge John S. Kaull for initial screening and a report and recommendation in accordance with Local Rule of Prisoner Litigation 83.02. On May 31, 2005, Judge Kaull issued a Report and Recommendation recommending that the Court dismiss the addendum complaint.

The Report and Recommendation also specifically warned that Muhammad's failure to object to the recommendation would result in the waiver of his appellate rights on this issue. Nevertheless,

## ORDER ADOPTING REPORT AND RECOMMENDATION

Muhammad has not filed any objections.[1]

Consequently, the Court **ADOPTS** the Report and Recommendation in its entirety and **DISMISSES** Muhammad's addendum complaint (dkt. no. 17) **WITH PREJUDICE**.

It is so **ORDERED**.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff and counsel of record.

Dated: July _____14_____, 2005.

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

---

[1] Muhammad's failure to object to the Report and Recommendation not only waives his appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issue presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).